**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mary Ann Hollen
David E. Hollen, Sr., aka David E. Hollen
                Debtor(s)

DITECH FINANCIAL LLC
                Movant
     v.
Mary Ann Hollen
David E. Hollen, Sr., aka David E. Hollen
                Respondent
        and
Lisa M. Swope, Trustee
                Additional Respondent

BK. NO. 18-70490 JAD

CHAPTER 7
Related to Docket # 15

**DEFAULT O/E JAD**

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

AND NOW, this 23rd day of October, 2018, at Pittsburgh, upon Motion of DITECH FINANCIAL LLC, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease and otherwise dispose of the 1998 32 X 56 CHAMPION SER#: 07-98-966-9238 A/B, , in a commercially reasonable manner.

*/s/ [signature]* sjk
United States Bankruptcy Judge
Jeffery A. Deller

cc: See attached service list:

FILED
10/23/18 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Mary Ann Hollen
107 Hill Street
Ebensburg, PA 15931

David E. Hollen Sr aka David E. Hollen
107 Hill Street
Ebensburg, PA 15931

Theresa C. Homady Esq.
Homady & Corcoran, LLC
317 Union Street, Suite 105
Hollidaysburg, PA 16648
thomady1@msn.com

Lisa M. Swope Esq.
219 South Center Street
P.O. Box 270
Ebensburg, PA 15931


KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David E. Hollen, Sr.  
Mary Ann Hollen  
      Debtors

Case No. 18-70490-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: culy      Page 1 of 1      Date Rcvd: Oct 23, 2018  
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.  
db/jdb          +David E. Hollen, Sr.,    Mary Ann Hollen,    107 Hill Street,    Ebensburg, PA 15931-1771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                                                                 Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:  
      James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
      Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,  
      mmh@nsslawfirm.com;pa73@ecfcbis.com  
      Lisa M. Swope    lms@nsslawfirm.com,    mmh@nsslawfirm.com;pa73@ecfcbis.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Theresa C Homady    on behalf of Debtor David E. Hollen, Sr. thomady1@msn.com,  
      homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com  
      Theresa C Homady    on behalf of Joint Debtor Mary Ann Hollen thomady1@msn.com,  
      homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com  
                                                                                                                        TOTAL: 6