**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David E. Hollen Sr.** | Social Security number or ITIN  **xxx–xx–6060** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Ann Hollen** | Social Security number or ITIN  **xxx–xx–7532** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **18–70490–JAD**

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David E. Hollen Sr.
aka David E. Hollen

Mary Ann Hollen

11/7/18

**By the court:**   Jeffery A. Deller
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                           Case No. 18-70490-JAD
David E. Hollen, Sr.                                             Chapter 7
Mary Ann Hollen
          Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-7           User: admin              Page 1 of 2          Date Rcvd: Nov 07, 2018
                               Form ID: 318             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db/jdb         +David E. Hollen, Sr.,    Mary Ann Hollen,    107 Hill Street,    Ebensburg, PA 15931-1771
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
14877478       +Cambria Thrift,    112 Market Street,    Johnstown, PA 15901-1609
14877481       +Cresson Township Tax Collector,    PO Box 322,    Cresson, PA 16630-0322
14877483        DLP Conemaugh Memorial Med Ctr.,    ATTN: Patient Accounting,    PO Box 603396,
                 Charlotte, NC 28260-3396
14877486       +Homady & Corcoran, LLC,    317 Union Street, Ste. 105,    Hollidaysburg, PA 16648-2097
14877489       +JP Harris Associates LLC,    PO Box 226,    Mechanicsburg, PA 17055-0226
14877487       +Jennifer A. Hodge,    107 Hill Street,    Ebensburg, PA 15931-1771
14877488       +Johnstown Credit Bureau, Inc.,    2355 Bedford Street, Ste. 4,    Johnstown, PA 15904-1114
14877490       +Laurel Woods,    1943 St. Joseph Street,    Cresson, PA 16630-1817
14877496       +Tate & Kirlin Associates, Inc.,    580 Middletown Blvd., Ste 240,    Langhorne, PA 19047-1876

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:20:10      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14877476       +EDI: GMACFS.COM Nov 08 2018 07:08:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
14877477       +EDI: TSYS2.COM Nov 08 2018 07:08:00      Barclays Bank Delaware,    125 S West Street,
                 Wilmington, DE 19801-5014
14877479        EDI: WFNNB.COM Nov 08 2018 07:08:00      Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
14877480        EDI: RCSFNBMARIN.COM Nov 08 2018 07:08:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
14877482        E-mail/Text: bankruptcy.bnc@ditech.com Nov 08 2018 02:19:38      Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
14877484        EDI: BLUESTEM Nov 08 2018 07:08:00      Fingerhut Credit Account Services,    PO Box 1250,
                 Saint Cloud, MN 56395-1250
14877485       +EDI: PHINAMERI.COM Nov 08 2018 07:08:00      GM Financial,    PO Box 183593,
                 Arlington, TX 76096-3593
14877491        EDI: MERRICKBANK.COM Nov 08 2018 07:08:00      Merrick Bank, Customer Service,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
14877492        EDI: NAVIENTFKASMSERV.COM Nov 08 2018 07:08:00      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
14877730       +EDI: PRA.COM Nov 08 2018 07:08:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14877493       +EDI: DRIV.COM Nov 08 2018 07:08:00      Santander,    PO Box 105255,    Atlanta, GA 30348-5255
14877494       +EDI: RMSC.COM Nov 08 2018 07:08:00      Synchrony Bank,    ATTN: Bankruptcy Department,
                 PO Box 965060,    Orlando, FL 32896-5060
14877495        EDI: WTRRNBANK.COM Nov 08 2018 07:08:00      Target Card Services,    3901 West 53rd Street,
                 Sioux Falls, SD 57106-4216
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
aty*           +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                      TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: admin              Page 2 of 2            Date Rcvd: Nov 07, 2018
                              Form ID: 318             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              James     Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               mmh@nsslawfirm.com;pa73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,   mmh@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Theresa C   Homady    on behalf of Debtor David E. Hollen, Sr. thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
              Theresa C   Homady    on behalf of Joint Debtor Mary Ann Hollen thomady1@msn.com,
               homady@gmail.com;homadylaw@gmail.com;kac52on@gmail.com;tchomady@comcast.net;thomadybk@gmail.com
                                                                                             TOTAL: 6
```